# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00179-CV

**Appellants, Association of Texas Professional Educators, Austin ATPE, Education Austin, Texas AFT, and Texas State Teachers Association // Cross-Appellant, Austin Independent School District**

**v.**

**Appellees, Austin Independent School District and Greg Abbott, Attorney General of Texas // Cross-Appellees, Association of Texas Professional Educators, Austin ATPE, Education Austin, Texas AFT, and Texas State Teachers Association**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
## NO. D-1-GN-08-002186, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed an agreed motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed on Agreed Motion

Filed: July 14, 2009